COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| Stephanie Fernandez a/k/a Stephanie Barfield, | § | No. 08-18-00079-CR |
| | § | Appeal from the |
| Appellant, | | |
| | § | 210th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| The State of Texas, | | |
| | § | (TC# 20170D03993) |
| State. | | |
| | § | |

## O R D E R

The Court GRANTS the State's third motion for extension of time within which to file the brief until **July 10, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before July 10, 2019.

IT IS SO ORDERED this 29th day of May, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.